# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**AARON MOSES PENA**                                                                                       **PLAINTIFF**

**v.**                                      **CASE NO 2:13CV00075 BSM**

**J. SUTTON**                                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 3rd day of June 2014.

_____
UNITED STATES DISTRICT JUDGE

0